IN THE SUPREME COURT OF THE STATE OF DELAWARE

DARREL COPELAND, §
§ No. 247, 2024
Defendant Below, §
Appellant, § Court Below–Superior Court
§ of the State of Delaware
v. §
§ Cr. ID No. 2003011505 (N)
STATE OF DELAWARE, §
§
Appellee. §

Submitted: December 31, 2024
Decided: January 7, 2025

**<u>ORDER</u>**

On December 9, 2024, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Darrel Copeland, because he had not filed an opening brief by the December 4, 2024 deadline set by the Court. On December 18, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, to Copeland directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Copeland received the notice on December 20, 2024. A timely response to the notice was due on or before December 30, 2024. To date, Copeland has neither responded to the notice to show cause nor filed an opening brief.[1] Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] Copeland has also failed to complete a motion to proceed *in forma pauperis* or pay the Supreme Court filing fee.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice